UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT LOUGH,<br><br>                Plaintiff,<br><br>    v.<br><br>ALBERT NERIO *et* al.,<br><br>                Defendants. | CASE NO.  C10-5141RJB<br><br>ORDER THAT PLAINTIFF SUBMIT A SIGNED COPY OF HIS AFFIDAVIT |

      This Civil Rights Action filed pursuant to 42 U.S.C. § 1983 has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636 (b) (1) (A) and 636 (b) (1) (B) and Local Magistrate Judge's Rules MJR 1, MJR 3, and MJR 4.

      Before the court is plaintiff's motion to proceed in forma pauperis.  Plaintiff has submitted an unsigned affidavit in support of the motion (Dkt. # 1).  Federal Rule of Civil Procedure 11 mandates that pleadings and papers be signed.  The rule also mandates that the court strike unsigned pleadings unless a party "promptly" submits a signed pleading after the matter has been brought to the party's attention.

ORDER - 1

1　　　Plaintiff is ordered to submit a signed copy of the affidavit on or before the noting date,

2　which will be **April 9, 2010**, when the court will again consider the motion to proceed in forma

3　pauperis.

4　　　The clerk is directed to send plaintiff a copy of this order, along with a copy of the magistrate

5　judge's general order.

6

7　　　DATED this 22nd day of March, 2010.

_____
J. Richard Creatura
United States Magistrate Judge