UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT LOUGH,

        Plaintiff,

   v.

ALBERT NERIO *et* al.,

        Defendants.

CASE NO.  C10-5141 RJB-JRC

ORDER

      This Civil Rights Action filed pursuant to Title 42 U.S.C. § 1983 has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636 (b) (1) (A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.

      Before the court is a letter seeking guidance from defense counsel and a response asking for a one-year continuance of a stay in this action (ECF No. 29 and 30).  By its terms the stay in this action expired February 25, 2011.  A scheduling order is in place (ECF No. 28). Discovery closes June 24, 2011.  Dispositive motions are due July 29, 2011.  A joint status report is due on

ORDER - 1

1    or before December 30, 2011.  Plaintiff has not presented good cause for another stay.  The

2    motion to continue the stay is DENIED.

3        DATED this 29th day of March, 2011.

                                                /s/ J. Richard Creatura

                                                J. Richard Creatura
                                                United States Magistrate Judge

ORDER - 2