UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT LOUGH,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ALBERT NERIO, et al.,<br><br>　　　　　　Defendants. | Case No.  C10-5141RJB/JRC<br><br>REPORT AND RECOMMENDATION ON PARTIES' AGREED MOTION TO DISMISS WITHOUT PREJUDICE |

This action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.  The parties have filed an Agreed Motion To Dismiss Without Prejudice. (ECF No. 32).

Given the parties' agreement, the undersigned recommends that the District Judge immediately approve this Report and Recommendation and DISMISS this cause of action WITHOUT PREJUDICE.

Dated this 6th day of June, 2011.

　　　　　　　　　　　　　　　　　　_/s/ J. Richard Creatura_
　　　　　　　　　　　　　　　　　　J. Richard Creatura
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

REPORT AND RECOMMENDATION- 1