UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT LOUGH,

    Plaintiff,

v.

ALBERT NERIO, et al.,

    Defendants.

Case No. C10-5141RJB/JRC

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE WITHOUT PREJUDICE

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura (Dkt. 33), the Agreed Motion to Dismiss Without Prejudice (Dkt. 32), and the remaining record, does hereby find and ORDER:

1. The Court adopts the Report and Recommendation (Dkt. 33);

2. The agreed motion to dismiss this action without prejudice (Dkt. 32) is GRANTED and this matter is DISMISSED WITHOUT PREJUDICE; and

3. The Clerk is directed to send a copy of this Order to plaintiff, and to the Hon. J. Richard Creatura.

DATED this 7th day of June, 2011.

*[signature]*

ROBERT J. BRYAN
United States District Judge

ORDER - 1