# United States District Court

WESTERN DISTRICT OF WASHINGTON

ROBERT LOUGH,

v.

ALBERT NERIO, et al.,

JUDGMENT IN A CIVIL CASE

Case No. C10-5141RJB/JRC

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

1. The Court adopts the Report and Recommendation (Dkt. 33); and

2. The agreed motion to dismiss this action without prejudice (Dkt. 32) is GRANTED and this matter is DISMISSED WITHOUT PREJUDICE;

| June 7, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

*s / Mary Trent*
Deputy Clerk